UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CYNTHIA JOHNSON,<br><br>         Plaintiff,<br><br>v.<br><br>NATIONAL CREDIT ADJUSTERS LLC and DOES 1-10,<br><br>         Defendants. | Case No. 15-CV-1345-JPS<br><br><br><br>ORDER |

  Plaintiff Cynthia Johnson filed this action on November 10, 2015. (Docket #1). On March 22, 2016, the plaintiff filed a motion for entry of default pursuant to Federal Rule of Civil Procedure 55(a) (Docket #5), which the Clerk of Court granted. To date, the plaintiff has not filed a motion for a default judgment or otherwise taken further action to prosecute this case.

  Civil Local Rule 41(b) controls. It reads:

> In all cases in which a defendant has failed to file an answer or otherwise defend within 6 months from the filing of the complaint and the plaintiff has not moved for a default judgment, the Court may on its own motion, after 21 days' notice to the attorney of record for the plaintiff, or to the plaintiff if pro se, enter an order dismissing the action for lack of prosecution. Such dismissal must be without prejudice.

Civil L.R. 41(b). The Court will dismiss this case pursuant to Civil Local Rule 41(b) unless the plaintiff takes action to prosecute this action within twenty-one (21) days of the date of this order.

  Accordingly,

IT IS ORDERED that the plaintiff shall have twenty-one (21) days from the date of this order to commence prosecution of this case; if plaintiff fails to do so, the Court will dismiss this action without prejudice.

Dated at Milwaukee, Wisconsin, this 12th day of August, 2016.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge